IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE LEE PATRICK, JR.                                                                                    PETITIONER
ADC # 94049

v.                                    NO. 5:14CV00047 JLH-BD

JEFFERSON COUNTY CIRCUIT COURT                                                         RESPONDENT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. In addition, the Court has considered Eddie Lee Patrick, Jr.'s objections to the Recommendation and has reviewed *de novo* those portions of the Recommendation to which Patrick objects. After careful consideration, this Court adopts the Recommendation as its own.

Eddie Lee Patrick, Jr.'s petition for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction, pursuant to Rule 4 of the Rules Governing Section 2254 Cases. His motion for leave to proceed *in forma pauperis* is DENIED as moot.

IT IS SO ORDERED this 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE