IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE LEE PATRICK, JR.                                                              PETITIONER
ADC # 94049

v.                              NO. 5:14CV00047 JLH-BD

JEFFERSON COUNTY CIRCUIT COURT                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE. No certificate of appealability will be issued.

IT IS SO ORDERED this 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE